THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shawn Phillips, Appellant.
 
 
 

Appeal From Charleston County
James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2011-UP-271
Submitted May 1, 2011  Filed June 8, 2011 

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of
 Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Shawn Phillips appeals his convictions for murder, armed robbery, and criminal conspiracy.  On appeal, his counsel argues the
trial court erred in declining to instruct the jury on mere presence. Additionally, Phillips filed a pro se brief.  After a thorough review of the record
and all briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.